UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI Z. STORM,<br><br>        Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 23-cv-00889-AMO (PR)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On November 14, 2023, the Court issued an order dismissing Plaintiff Dimitri Z. Storm's complaint with leave to amend. Dkt. 14. The Court informed Storm that failure to timely file an amended complaint within twenty-eight days would result in the dismissal of his action with prejudice. *See id.* Twenty-eight days have passed, and Storm has not filed an amended complaint or communicated with the Court in any manner.

Accordingly, this action is **DISMISSED** with prejudice. *See* Fed. R. Civ. P. 41(b); *Yourish v. California Amplifier*, 191 F.3d 983, 989, 992 (9th Cir. 1999) (affirming dismissal of action with prejudice when plaintiff failed to amend complaint after receiving leave to do so, because expeditious resolution of litigation, court's need to manage its docket, and avoiding prejudice to defendants favored dismissal).

The Clerk of the Court shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 12, 2024

                                              **ARACELI MARTÍNEZ-OLGUÍN**
                                              **United States District Judge**